Patrick D. Quinn
Quinn Legal Associates
21801 Lakeshore Blvd.
Euclid, Ohio 44123
(216) 289-7600 Phone
(216) 289-7213 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Constance Funk, individually and as the representative of the Estate of Clyde Daniel Johnson v. Pfizer, Inc.<br>06-CV-02965-CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009     By: _____

Quinn Legal Associates
21801 Lakeshore Blvd.
Euclid, Ohio 44123
(216) 289-7600 Phone
(216) 289-7213 Fax

*Attorneys for Plaintiffs*

DATED: Jan. 26, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010    _____
                        Hon. Charles R. Breyer
                        United States District Court

---

EAST\42626994.1